```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/21/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRAULIO THORNE,

                          Plaintiff,             25-CV-0842 (DEH) (KHP)

      -against-                            **ORDER ADJOURNING INITIAL**
                                                             **CASE MANAGEMENT**
HOSHINO (U.S.A.) INC.,                       **CONFERENCE**

                        Defendant,
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Order of Dismissal filed on March 20, 2025 (doc. no 13) the Initial Case Management Conference currently scheduled for **April 21, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
               March 21, 2025

                                                                  */s/ Katharine H. Parker*
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge